IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| CLINCOMP INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) No. 17-1115C |
| Defendant, | ) (Judge Griggsby) |
| | ) |
| and | ) |
| | ) |
| CERNER CORPORATION, | ) |
| | ) |
| Defendant-Intervenor. | ) |

## JOINT WAIVER OF PROTECTION

Pursuant to paragraph 14 of the Court's protective order in this case (Docket No. 12), the parties hereby waive protection of the protective order with regard to the following portions of the Court's record, identified by either docket number or page numbers of the administrative record:

Docket No. 18
Pages 9-12, 17-20, 21-24, and 85-88 of Docket No. 45, except the three numbers referring to a
    Government cost estimate on page 86 of the transcript.
AR 308-12 (within Tab 9)
AR 321-22 (within Tab 9)
AR 327-30 (within Tab 10)
AR 343-47 (within Tab 10)
AR 1374 (within Tab 38)
AR 1377 (within Tab 38)
AR 1380 (within Tab 38)
AR 1386 (within Tab 38)
AR 1389 (within Tab 38)
AR 1391 (within Tab 38)
AR 1620-35 (within Tab 38)
AR 2048-64 (within Tab 42)

|  | Respectfully submitted, |
|---|---|
|  | CHAD A. READLER |
| s/ Richard J.R. Raleigh, Jr. | Acting Assistant Attorney General |
| by Christopher L. Lockwood |  |
| Richard J.R. Raleigh, Jr. (Counsel of Record) |  |
| Jerome S. Gabig | ROBERT E. KIRSCHMAN, JR. |
| Christopher L. Lockwood | Director |
| Wilmer & Lee, P.A. |  |
| 100 Washington Street, Suite 100 |  |
| Huntsville, AL 35801 |  |
| (256) 533-0202 Telephone | s/ Douglas K. Mickle |
| (256) 533-0302 Facsimile | DOUGLAS K. MICKLE |
| rraleigh@wilmerlee.com | Assistant Director |
| jgabig@wilmerlee.com |  |
| clockwood@wilmerlee.com |  |

Attorneys for Plaintiff

s/ William P. Rayel
Dated: February 12, 2018
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch

s/ David R. Hazelton by Dean W. Baxstresser — Civil Division
David R. Hazelton (Counsel of Record) — Department of Justice
Anne W. Robinson — PO Box 480
Kyle R. Jefcoat — Ben Franklin Station
Dean W. Baxtresser — Washington, DC 20044
LATHAM & WATKINS LLP — Tele: (202) 616-0302
555 Eleventh Street, N.W., Suite 1000 — Fax: (202) 307-0972
Washington, D.C. 20004-1304 — E-mail: William.Rayel@usdoj.gov
Direct Dial: (202) 637-2200
Facsimile: (202) 637-2201 — Attorneys for Defendant
David.Hazelton@lw.com
Anne.Robinson@lw.com — Dated: February 12, 2018
Kyle.Jefcoat@lw.com
Dean.Baxtresser@lw.com

Attorneys for Defendant-Intervenor

Dated: February 12, 2018