IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CLINCOMP INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | No. 17-1115C |
| Defendant, | ) | (Judge Griggsby) |
| | ) | |
| and | ) | |
| | ) | |
| CERNER CORPORATION, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**JOINT STATUS REPORT REGARDING FURTHER PROCEEDINGS**

Pursuant to the Court's January 15, 2019, order, the parties provide the following status report regarding their views regarding further proceedings in this matter, now that appropriations for the Department of Justice have been restored for a three-week period.

The parties propose that the deadline for plaintiff and defendant-intervenor's compliance with paragraph 20 of the protective order be set for February 21, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | JOSEPH H. HUNT |
| s/ Richard J.R. Raleigh, Jr. | Assistant Attorney General |
| Richard J.R. Raleigh, Jr. (Counsel of Record) |  |
| Jerome S. Gabig |  |
| Christopher L. Lockwood | ROBERT E. KIRSCHMAN, JR. |
| Wilmer & Lee, P.A. | Director |
| 100 Washington Street, Suite 100 |  |
| Huntsville, AL 35801 |  |
| (256) 533-0202 Telephone |  |
| (256) 533-0302 Facsimile | s/ Douglas K. Mickle |
| rraleigh@wilmerlee.com | DOUGLAS K. MICKLE |
| jgabig@wilmerlee.com | Assistant Director |
| clockwood@wilmerlee.com |  |
|  |  |
| Attorneys for Plaintiff |  |
|  |  |
| Dated: January 29, 2019 | s/ William P. Rayel |
|  | WILLIAM P. RAYEL |
|  | Senior Trial Counsel |
| s/ David R. Hazelton by Dean W. Baxtresser | Commercial Litigation Branch |
| David R. Hazelton (Counsel of Record) | Civil Division |
| Anne W. Robinson | Department of Justice |
| Kyle R. Jefcoat | PO Box 480 |
| Dean W. Baxtresser | Ben Franklin Station |
| LATHAM & WATKINS LLP | Washington, DC 20044 |
| 555 Eleventh Street, N.W., Suite 1000 | Tele:  (202) 616-0302 |
| Washington, D.C.  20004-1304 | Fax:   (202) 307-0972 |
| Direct Dial:  (202) 637-2200 | E-mail: William.Rayel@usdoj.gov |
| Facsimile:  (202) 637-2201 |  |
| David.Hazelton@lw.com | Attorneys for Defendant |
| Anne.Robinson@lw.com |  |
| Kyle.Jefcoat@lw.com | Dated: January 30, 2019 |
| Dean.Baxtresser@lw.com |  |
|  |  |
| Attorneys for Defendant-Intervenor |  |
|  |  |
| Dated: January 30, 2019 |  |