# In the United States Court of Federal Claims

| | |
|---|---|
| CLINICOMP INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> CERNER CORPORATION, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | No. 17-1115C <br><br> Filed January 31, 2019 |

## **ORDER**

On January 30, 2019, the parties filed a joint status report advising the Court of their views on how the above-captioned matter should proceed (docket entry no. 84). In the joint status report, the parties propose that the deadline for plaintiff and the defendant-intervenor's compliance with paragraph 20 of the Protective Order be set for February 21, 2019.

In view of the foregoing, the Court lifts the stay of proceedings in this matter. Plaintiff and the defendant-intervenor shall comply with the requirements in paragraph 20 of the Protective Order on or before **February 21, 2019**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge